IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MEMORIAL HOSPITAL AT GULFPORT,
FORREST GENERAL HOSPITAL,
SOUTH CENTRAL REGIONAL MEDICAL
CENTER, and SOUTHWEST MISSISSIPPI
REGIONAL MEDICAL CENTER                                              PLAINTIFFS

V.                                                        CAUSE NO. 1:11CV15-LG-RHW

KATHLEEN SEBELIUS and
DONALD BERWICK                                                        DEFENDANTS

## JUDGMENT

This matter having come on to be heard on the Motions for Summary Judgment [14, 15] filed by Plaintiffs Memorial Hospital at Gulfport, Forrest General Hospital, South Central Regional Medical Center, and Southwest Mississippi Regional Medical Center, and Defendants Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, and Donald Berwick, Administrator of the Centers for Medicare and Medicaid Services, the Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that summary judgment is rendered in favor of Defendants. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 29th day of February, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE